UNITED STATES, Appellee

v

ROGER H. BERNER, Private First Class,
U. S. Marine Corps, Appellant

12 USCMA 683, 31 CMR 269

No. 15,339

March 9, 1962

*Lieutenant Colonel M. G. Truesdale,* USMC, argued the cause for Appellant, Accused. With him on the brief was *Lieutenant Eric L. Keisman,* USNR.

*Lieutenant (jg) Conrad Alexander Buhler,* USNR, argued the cause for Appellee, United States. With him on the brief was *Lieutenant Colonel L. W. Martin,* USMC.

## Opinion of the Court

PER CURIAM:

Upon his plea of guilty, accused was convicted by court-martial for various violations of the Uniform Code of Military Justice. This Court granted his petition for review on a single question concerning multiplicity.

From the record it would appear that consideration has not been given, at prior levels, to whether the count of accessory after the fact is, under the circumstances of the instant case, separate for punishment purposes from the offense of receiving stolen property. See United States v Tamas, 6 USCMA 502, 20 CMR 218.

The decision of the board of review, therefore, is reversed. The case is remanded to The Judge Advocate General of the Navy for reference to the board and appropriate action as to sentence not inconsistent with this opinion.